

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00060-CV

**IN RE** Carol **KENDALL** and Belinda Sanchez

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Jason Pulliam, Justice

Delivered and Filed:  March 11, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On February 5, 2015, relators Carol Kendall and Belinda Sanchez filed a petition for writ of mandamus complaining of the trial court's order permitting pre-suit depositions. *See* TEX. R. CIV. P. 202. Relators also filed a motion for emergency relief seeking a temporary stay of the depositions scheduled for the following week. The court granted a temporary stay of the scheduled depositions and requested a response to the petition. Having considered relators' petition for writ of mandamus and the response filed on behalf of the real party in interest the court is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014CI19450, styled *In re Cynthia Mason*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.